IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mary Elizabeth Johns, | ) | |
| Plaintiff, | ) | Civil Action No. XX-XX-XXXX |
| | ) | 3:21-cv-01197-MGL |
| vs. | ) | |
| | ) | |
| University of South Carolina, Dr. David Snyder, and Harris Pastides, | ) ) ) | **NOTICE OF REMOVAL BY DEFENDANT UNIVERSITY OF SOUTH CAROLINA** |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 1446, Defendant University of South Carolina, hereinafter USC, hereby invokes the jurisdiction of the United States District Court for the District of South Carolina and states the following grounds for removal:

1. The above-captioned action was brought in the Court of Common Pleas, County of Richland, by Plaintiff to recover from Defendants judgment as reflected in the Complaint for allegations of violations under Title IX, as well as violations of the laws of the United States and the State of South Carolina.

2. Upon information and belief, at the time of the commencement of the action and at all times since then, Plaintiff has been a citizen and resident of the State of South Carolina.

3. Defendant USC shall pay all costs and disbursements incurred by reason of the removal proceedings should it be determined that the said action was not removable or was improperly removed. Pursuant to United State Code Ann. 28 U.S.C. § 1331, the District Courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States. This action alleges federal claims which come within the original jurisdiction of the United States District Court.

4.      Upon information and belief, said action was commenced by the filing of a Summons and Complaint, attached hereto, for which Defendant USC was served by hand delivery, which was effective on or about March 24, 2021, and that this Notice of Removal is filed pursuant to 28 U.S.C. § 1446 with thirty days of receipt by Defendant USC of the initial pleading setting forth the demand upon which relief is claimed.

5.      The attorney of record for Defendant USC signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant USC prays that this Court accept this Notice of Removal which is being filed, that this Honorable Court take jurisdiction of the above-captioned case and that all further proceedings in said case in the Court of Common Pleas, County of Richland, State of South Carolina, bearing Civil Action No. 2020-CP-40-01315, be stayed.

DAVIS FRAWLEY, LLC

*s/Evan M. Gessner*
Evan M. Gessner, Fed. ID #10352

*s/Matthew G. Rogers*
Matthew G. Rogers, Fed. ID #13256
140 East Main Street (29072)
PO Box 489
Lexington SC 29071-0489
(803) 359-2512
evan@oldcourthouse.com
mrogers@oldcourthouse.com

ATTORNEYS FOR UNIVERSITY OF SOUTH CAROLINA

Lexington, South Carolina
April 23, 2021