# JOINT STATUS REPORT

**Plaintiff(s):**

**Defendant(s):**

**Cause of Action Number(s):**

**Date filed:**

**Plaintiff's Attorney(s) (specifying which attorney is representing which Plaintiff):**

**Defendant's Attorney(s) (specifying which attorney is representing which Defendant):**

**Locale where dispute arose:**

**Date when dispute arose:**

**Brief non-argumentative synopsis of the case (should be suitable to read to the jury venire):**

**Pending Motions:**

**Has this case already been continued?**          **If yes, how many times?**

**Requests for Protection:**

**Length of Trial and Three Agreed Upon Preferred Dates for the Trial During this Term of Court:**

**Has this case been mediated?**          **Please provide relevant dates.**

_____          _____
**Counsel for Plaintiff**                              **Counsel for Defendant**