# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Mary Elizabeth Johns, | ) | C/A No.: 3:21-cv-01197-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| University of South Carolina and Dr. David Snyder | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REQUEST FOR PROTECTION

Pursuant to Local Rule 6.02, the undersigned requests protection from court appearance on August 1, 2024 at 3:00 pm. Plaintiff's counsel has a long scheduled plane flight at 4:30 pm in Charlotte, North Carolina for a function in Hilton Head, South Carolina. Plaintiff's counsel has a long scheduled flight to Ohio on August 2, 2024. The Plaintiff and her counsel are available July 31, 2024, August 1, 2024 until 2:00 PM, August 5 (strikes for cause due in current case), and August 7 (picking jury in current case).

Accordingly, the undersigned respectfully requests that he be granted protection from the dates referenced herein.

Respectfully submitted,

s/S. Randall Hood
S. Randall Hood (Fed. Bar # 6103)
MCGOWAN HOOD FELDER & PHILLIPS, LLC
1539 Health Care Drive
Rock Hill, South Carolina 29732
(803) 327-7800
rhood@mcgowanhood.com

July 30, 2024                Attorney for Plaintiff