# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mary Elizabeth Johns,<br>*Plaintiff*<br>v.<br>University of South Carolina, Dr. David Snyder,<br>and Harris Pastides,<br>*Defendants* | Civil Action No.  3:21-cv-01197-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff, Mary Elizabeth Johns, take nothing of the defendant, University of South Carolina, as to the claim for violation of her Fourteenth Amendment rights, and this action is dismissed with prejudice as to that claim against that defendant.

☒ the plaintiff, Mary Elizabeth Johns, take nothing of the defendant, Harris Pastides, as to the negligence claim, and this action is dismissed with prejudice as to that claim against that defendant.

☒ summary judgment is entered in favor of the defendant, Dr. David Snyder, as to the negligence and breach of fiduciary duty claims.  The plaintiff, Mary Elizabeth Johns, shall take nothing of the defendant, Dr. David Snyder, as to the negligence and breach of fiduciary duty claims, and this action is dismissed with prejudice as to those claims against that defendant.

☒ summary judgment is entered in favor of the defendant, University of South Carolina, as to the Title IX, negligent supervision, and negligent retention claims.  The plaintiff, Mary Elizabeth Johns, shall take nothing of the defendant, University of South Carolina, as to the Title IX, negligent supervision, and negligent retention claims, and this action is dismissed with prejudice as to those claims against that defendant.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having heard and granted in part the defendants' motions to dismiss and for summary judgment.

Date:  August 1, 2024                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                       s/Charles L. Bruorton
                                                                                          *Signature of Clerk or Deputy Clerk*